# Court of Appeals
# of the State of Georgia

ATLANTA, __February 09, 2017__

*The Court of Appeals hereby passes the following order:*

**A17A1003.  RICHARD AUGUSTA WILSON v. STATE OF GEORGIA.**

It appears that the record in the above-styled case was transmitted to this Court prematurely by the Clerk of the Superior Court of Fulton County, and according to the notice of appeal a transcript of the proceedings was requested to be filed with the record on appeal, and that the transcript in this case has not yet been prepared, it is hereby ordered that the case be remanded to the trial court.  It is further ordered, that upon the filing of the transcript of the proceedings in the Superior Court of Fulton County pursuant to the notice of appeal filed in this case, the Clerk of the Superior Court of Fulton County shall transmit the balance of the record and the transcript to this Court for re-docketing.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__02/09/2017_____*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*